UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

In re:

Chad William Baker,

    Debtor.

Bankruptcy No. 22-31556

Chapter 7

---

Chad William Baker,

    Plaintiff,

v.

U.S. Department of Education,

    Defendant.

Adversary No. 23-03074

---

## ORDER FOR JUDGMENT

This matter came before the court on the Stipulation for Judgment and Discharge of Plaintiff's United States Department of Education Loans (ECF No. 19) between Debtor/Plaintiff Chad William Baker and Defendant United States Department of Education.

Based on all the files, records, and proceedings herein,

**IT IS ORDERED:**

Pursuant to the stipulation and 11 U.S.C. § 523(a)(8), the education-held student loans described in the stipulation are hereby not excepted from discharge.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: *February 27, 2025*

                                                                         */e/ Michael E. Ridgway*
                                                                        MICHAEL E. RIDGWAY
                                                                        United States Bankruptcy Judge