UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

***

In re:

**Chad William Baker**,

    Debtor.                                                                      JUDGMENT

***

**Chad William Baker**,

    Plaintiff,                                                          BKY 22-31556

v.                                                                            ADV 23-03074

**U.S. Department of Education**,

    Defendant.

***

    This proceeding came before the Court, and a decision or order for judgment was duly rendered, the Honorable Michael E. Ridgway, United States Bankruptcy Judge, presiding.

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

Pursuant to the stipulation and 11 U.S.C. § 523(a)(8), the Education-held Student Loans described in the stipulation are hereby **not excepted from discharge.**

Dated: *February 27, 2025*                            Tricia Pepin
At:     Minneapolis, Minnesota.             Clerk of Bankruptcy Court

                                                              By: /e/ Michael J. Stepan
                                                              Deputy Clerk